FoR D.C

FILED

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Evan Gahr
Box 9868
Chimpstein.com
Grl, VIA 22219

vs.

CASE NUMBER   1:06CV00124

JURY ACTION

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/23/2006

David Saperstein,
Religous Action Center
2027 Mass Avenue
Washington, DC 20036

COMPLAINT

Intentional Infliction of Emotional
Distress and libel

1. David Saperstein has been
interviewed by Evan Gahr
since 1991 for Insight,
Washington Jewish Week,
Wall Street Journal, Jewish
World Review and Chimpstein

2. Saperstein is director of

1

the RAC, which represents
the Union for Reform Judaism
in Washington, DC

3. Jay Lefkowitz is Special
Human Rights Envoy to
North Korea

4. Lefkowitz has told the
New York Times that Pat
Robertson is not inimical to
Jewish interests because
"a little bit of anti-Semitism
is good for the ~~Jews~~ Jews."

5. In early 2001, Michael
Horowitz of the Hudson
Institute arranged for
Mitch Daniels, OMB head,
previously at Lilly company,
a Hudson donor, to hire
Jay Lefkowitz as OMB general

6. On April 29, 2001, the New York Times reported that Paul Weyrich, a Christian leader, wrote on his website that Christ was crucified by the Jews.

7. Jay Lefkowitz told Ken Rose about the article

8. Special Assistant to the President Ken Tim Goeglein called Paul Weyrich about the article on or about April 30, 2001.

9. On May 1, 2001, Newsmax.com, London, around

Was asked by Forward reporter Stephen Schwartz if he would for, as rumored, soon fire Evan Gahr.

9. London said no.

10. On or about May 2, 2001 Jay Lefkowitz left Herb London feeling threatened with loss of government contracts if he didn't immediately fire Evan Gahr

11. Hours later, Herb London fired Evan Gahr.

12. His contract would have expired July 5, 2005 anyway.

13. The ADL and American Jewish Congress condemned Weyrich and Hudson

14. David Saperstein did not

13. Herb London called Paul Weyrich the same day he fired Evan Gahr.

14. London said to Weyrich in a call that London placed unsolicited to Weyrich that he fired EvanGahr

15. Weyrich said I hope it was not about me.

16. London said no it was because Gahr used a stuffed chimp in a television debate about you.

17. Saperstein talked with Michael Horowitz.

20. Horowitz told Saperstein Hudson was wrong to fire Evan Gahr.

21. Saperstein told Gahr, during a phone call from Kinkos on Med Ave near 34th St pay phone outside the store in vestibule, that He [Michael Horowitz] said Hudson was wrong to fire you

22. Horowitz told Evan Gahr Hudson was right.

23. Gahr told Horowitz I know you're lying.

24. You told Epstein Hudson was wrong

25. Herbert Gehr, MD, is an internist in NYC, then 66, he had no health problems and vibrant practice.

26. Horowitz called Jay Lefkowitz. Lefkowitz volunteered that Evan Gehr's father is doctor in NYC.

27. Horowitz had never met or talked with Dr. Gehr or talked to Evan Gehr about him or ever asked about him.

27. Horowitz collected materials about Evan Gahr from Robert Bork, now at Hudson and National Review writer Jonah "the gull" Goldberg

28. Horowitz called Dr Gahr He yelled "Do you know what Evan did?" He used a stuffed chimp in a television debate. That's why he was fired.

29. Horowitz told Dr. Gahr that his son was heads for trouble. He would likely be arrested or hospitalized.

30. Horowitz told Dr. Gahr

that Eden Gehr was fired for going insane and D. Gehr needed to quickly intervene and stop Eden Gehr from continuing to ask standard journalism questions about his dismissal.

31. Horowitz sent Dr. Gehr letters that Eden Gehr wrote ~~was~~ Bork & Goldberg Horowitz read from the letter that EG sent him. He didn't read this part to Dr. Gehr. "I am happy to testify or assert that you told Rabbi David Saperstein Hudson was wrong to fire me."

32. Horowitz read another part of the letter. It contained a joke

33. Horowitz yelled at Dr. Gehr about the joke

34. Horowitz wrote Dr. Gehr a letter and mailed it via FedEx

35. The letter said Evan Gehr would be arrested or hospitalized if Dr Gahr didn't get him to stop protesting his dismissal.

Horowitz included letters Evan Gahr wrote to Robert Bork and Jonah Goldberg

36 Horowitz deliberately
   omitted the letter
   Evan Gehr wrote him.

37 This letter quoted
   what Saperstein told
   Evan Gehr. " He said
   Hudson was wrong
   to fire you."

38 In 2002, due to
   this conduct, Dr.
   Gehr developed ate
   age 67. Neither
   his mother nor
   father got high
   blood at that age.

39. Dr. Gehr suffers from post tramautic stress disorder due to ~~this phone~~ these ⇌ repeated harassment of him and Evan Gehr.

40. As a direct result of phone calls made by or at the behest of Michael Horowitz each time Evan Gehr linked his cousin Jay Lefkowitz to his dismissal, Dr. Gehr has lost $400,000 in income and incurred an estimated $175,000 in medical bills.

41 Herbert Gehr has not taken a vacation outside the Northeast since 1970

42 Herbert Gehr uses a napkin as bookmark

43 Herbert Gehr has never said "no" to anything, anything his wife Beth "Bubble Chimp" Gehr, son Evan, daughter Debbie asked from him.

44 Herbert Gehr has never, never, asked anything from them.

45. Despondent, Evan Gahr sought explicitly private "spiritual counseling" with David Seperstein about Michael Horowitz.

46. At times, Evan Gahr who adores and admires his father like Eric Breindel did his doctor father Joseph Breindel, was on the verge of tears when he talked how Horowitz harmed his father.

47. Seperstein without Evan Gahr's permission or knowledge told Michael Horowitz he was providing him counseling about Michael Horowitz.

48. Evan Gahr told David Saperstein that his mother was particularly traumatized by the Michael Horowitz harassment

49. Practically crying he said Mrs. Gahr suffered from severe anxiety due to the hospitalization of Debbie Gahr in 1970

50 Evan Gahr revealed details to Saperstein about the incident which neither he nor Dr. Gahr nor Mrs Gahr had ever revealed to anyone outside the family

51. Evan Gahr yelled in pain as he explicated how Michael Horowitz had effectively beat his father senseless.

52. On at least two occasions, David Saperstein spoke with Michael Horowitz about Evan Gahr without his knowledge or consent

53. In both cases, Horowitz complained to Saperstein about Evan Gahr exercising his First Amendment rights and Title 7 rights regarding his illegal dismissal by Jay Lefkowitz

54. Horowitz repeatedly forwarded emails from Gahr and told him about or sent him faxes and letters Gahr wrote him

55. Without telling Gahr that he got the material from Saperstein his ally Horowitz. Saperstein

then berates Gehr about his protests and journalism inquiries

56 In early January 2005, Evan Gehr wrote in chalk outside Hudson did ~~then Barentabe~~ Louis E. Chimpstein take the fall for Karl Rove.

57. Then, outside the New Republic, which covered up for the Hudson dismissal in articles by Frank Foer and Jon Chait, he said to Marty Perets, "When do you clean up the shit at your magazine?"

58. Marty yelled "You don't talk to me like that." Michael Horowitz then notified David Seperstein.

59. Saperstein, without telling Gehr why, had secretary ~~She~~ Daphne Rice invite Gehr to "have a cup of coffee."

60. There was no coffee when they met an hour later in the office of Marc Pelavin

61. Saperstein asked Gehr about hy communications to Michael Horowitz he learned directly from Michael Horowitz.

62. Saperstein even knew that some were paper (letters + faxes) others electronic.

63. Saperstein told Mr. Gehr that he would "destroy" his mother and father if he continued to protest his dismissal by Jay Lefkowitz

64. Frightened Gehr stopped his protests.

65 On at least one occasion when Evan Gahr met with David Sapestein privately, Daphne Price his ~~secreta~~ secretary told press secretary Alexis Rice about the confidential meeting.

66 Rice then blabbed about the confidential meeting to at least one person who is not an employee of the RAC

67. Evan Gehr asked David Seperstein
last year to urge Michael Horowitz
to have Hudson re-hire him.

41. Seperstein refused

42. Dr. Gehr told Evan
Gehr, blurted out one day that
" You cant get a job."

" You're going to have
to go on welfare."

" Sometimes, I wish I
were dead." He said in
Nov 2005.

68. David Seperstein refuses
to hire Evan Gehr or
even consider his
application or give him
writing assignments as
Washington correspondent
for Reform Judaism magazine.

69. Marc Pelavin, Seperstein's
assistant, did not

respond to injuries about the job.

70. Saperstein started ignoring inquiries right after Gehr protested to him about the illegal Hudson dismissal, and filed an EEOC complaint against Hudson

71. Saperstein barred Gehr from the RAC, a place of business otherwise open to the public.

72 Distraught, Evan Gehr called Marc Stern of the American Jewish Congress

73 Saperstein told Evan Gehr he was barred from the RAC for "blaming" his problems on his staff

74. Saperstein told Marc Stern of the American Jewish Congress, Rabbi Marc Gellman, his good buddy, and Washington Post reporter Allan Cooperman and investigative reporter Daniel Lathrop that he

75 Evan Gahr asked David Saperstein
to publicly urge Michael Horowitz
to have Hudson re-hire him
**in Nov 2005**

76  David Saperstein refused

Evan Gahr said you lied to me.
Son told me, Gahr said, that
it was not Michael Horowitz
who told you about my
confrontation with Marty Peretz.

77.  The information could only have
come from Michael Horowitz

78.  Mr. Saperstein said I don't remember
who called me.

79.  Mr. Gahr said show me your
phone records.

80.  Mr. Saperstein refused.

81.  Mr. Gahr sent Saperstein an
email with the facetious title
Jay Leftkowitz: a little adultery
is good for the Jews

January 15, 2005                    Untitled

82 Saperstein told Stern Lathrop, Gellman and Cooperman the opposite of what he was informed. He depicted Gehr as "obsessive" and "fixated" on the past – i.e. suffering from an ailment, OCD, which he Gehr does not have.

83. He depicted Gehr at as deranged an mentally disturbed, suddenly headed for the deep end.

No doctor or colleague has said anything like that.

"We all know you're not crazy," says Lloyd Grove. "It's David Horowitz who needs medication."

84. Evan Gehr repeatedly asked David Saperstein to stop emailing him alone. Saperstein kept emailing him alone.

Page 1

85 Evan Gehr ~~marshall~~ did not layeth with a woman from ~~Singree~~ August 27, 2002 to Dec 2005.

Evan Gehr has not been paid by the Washington Times for any article since Sept 10, 2001

86. Evan Gehr has not been paid by the Washington Post for any article since August 2001.

87 As a direct result of Mr. Saperstein's divulgence to Michael Horowitz of their privileged communications Mr. Gehr has been unable to write for money and to obtain gainful employment

88. As a direct result of David Saperstein betraying him to Michael Horowitz Evan Gehr has suffered even more depression.

89 Evan Gahr suffers from post-tramatic stress disorder as a result, says Peter Gruen, MD, of the malicious and illegal conduct of Michael Horowitz and Jay Lefkowitz and and Saperstein.

90. Lloyd Grove, the NY Daily News gossip columnist, reported that Frank Miller MD, is treating Evan Gahr for depression

91 David Seperstein started in Dec 2005 to ~~repeated~~ send Evan Gahr emails alone.

92. Evan Gahr asked him to stop.

He didn't.

93. He promised but sent more emails to Evan Gahr alone. in Dec 2005

94 The State Department told Evan Gahr to file charges of aggravated harassment against David Seperstein

95. Evan Gahr spoke with the police and they told him to file a restraining order

I seek $950,000 in compensatory Damages and trial by jury.

Box 9868

Arl VA 22219

703 528 8191