UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVAN GAHR ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-CV-124 (EGS) |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| DAVID SAPERSTEIN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Rabbi David Saperstein, by counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) to extend from February 22 to March 24, 2005 the time within which he may respond to Plaintiff Evan Gahr's Complaint.

The grounds for this motion are as follows:

1.  Rabbi Saperstein was served with Plaintiff Gahr's *pro se* Complaint on February 2, 2006.

2.  Rabbi Saperstein and undersigned counsel need a modest extension due to their respective business and travel schedules.

3.  Extending the deadline to March 24, 2005 will not impair the orderly administration of this case.

4.  LCvRs 5.1(e)(1) and 11.1 both require in pertinent part: "The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiff Gahr has failed to provide a full residence address in the caption or anywhere else in the Complaint; instead, he gives only "Box 9868 Chimpstein.com Arl, VA 22219" as an address. Under both rules, "Failure to provide the address information within 30 days upon filing [here, by February 22] may

result in the dismissal of the case against the defendant." Defendant Saperstein will mail a copy of this motion to Plaintiff's mailbox listed in the caption.

5. Undersigned counsel is aware of LCvR 7(m). Nevertheless, counsel has not sought the Plaintiff's consent to this motion. Counsel believes initiating contact with this *pro se* Plaintiff would be imprudent, for reasons that counsel believes will be apparent to the Court from a reading of the 28-page, 95-paragraph handwritten complaint.

For the foregoing reasons, Defendant Rabbi David Saperstein requests that this Court extend to March 24, 2006 the time within which he may respond to Plaintiff's Complaint.

February 17, 2006

Respectfully submitted,

_____
Douglas B. Mishkin (DC Bar No. 338590)
Matthew Paul (DC Bar No. 449422)
PATTON BOGGS LLP
2550 M. Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6020
Facsimile: (202) 457-6482

_____
Stephen M. Sacks (DC Bar No. 90566)
Arnold & Porter LLP
555 12th Street. NW
Washington DC 20004
(202) 942-5681

Counsel for Rabbi David Saperstein

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b)

2. The inherent authority of this Court.

_____
Douglas B. Mishkin

## CERTIFICATE OF SERVICE

I certify that on February 17, 2006, the foregoing Defendant's Motion to Extend Time to Respond to Plaintiff's Complaint was served by first class mail to Plaintiff, Evan Gahr at P.O. Box 9868, Arlington, Virginia 22219 for the reasons set forth in paragraph 4 of the Motion.

_____
Douglas B. Mishkin