UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVAN GAHR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-CV-124 (EGS) |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| DAVID SAPERSTEIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant Rabbi David Saperstein's Motion To Extend Time to Respond to Plaintiff's Complaint, it is, by the Court, this ____ day of _____, hereby

ORDERED, that the time within which Defendant Rabbi David Saperstein may respond to the Complaint be and is extended up to and including March 24, 2006; and it is further,

ORDERED, that Defendant Rabbi David Saperstein's Motion to Extend Time to Respond To Plaintiff's Complaint be and is GRANTED.

_____
United States District Judge