

February 15, 2006

Clerk of the Court
United States District Court
333 Constitution Ave., NW
Washington, DC  20001

Washington, DC

Madame Clerk—

Please withdraw my Title 7 lawsuit against David Saperstein which is currently before Judge Emmet Sullivan.

Sincerely,

Evan Gahr