```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| _____ | ) | |
| EVAN GAHR, | ) | |
|  | ) | |
|     Plaintiff, | ) | |
|  | ) | |
|  | ) | Civ. No. 06-124 (EGS) |
|  | ) | |
|     v. | ) | |
|  | ) | |
|  | ) | |
| DAVID SAPERSTEIN, | ) | |
|  | ) | |
|     Defendant. | ) | |
| _____ | ) | |

### ORDER

In view of plaintiff's letter to the Court dated February 22, 2006 (Doc. No. 3), which the Court hereby treats as plaintiff's Motion to Withdraw the Complaint in the above captioned matter, it is hereby

**ORDERED** that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE; and it is

**FURTHER ORDERED** that this case is REMOVED from the active calendar of the Court.

**Signed:**    **Emmet G. Sullivan**
           **United States District Judge**
           **February 28, 2006**

Notice to:

Evan Gahr
P.O. Box 9868
Arlington, VA 22219

Douglas B. Mishkin
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037-1350