GAHR v. SAPERSTEIN
1:06-cv-124

Judge Emmet G. Sullivan

REQUEST FOR APPOINTMENT OF COUNSEL

The Clerk's Office says that the judge can appoint a lawyer for me in my pro se case and I respectfully request that Judge Sullivan appoint one because the intracies of the case are too complex for me to handle alone.

Evan Gahr
April 1, 2006